UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DONNA CORNETT, et al.,

                  Plaintiffs,

-against-                          1:23-cv-02694 (JLR)

DAVID C. BANKS, et al.,                    **ORDER**

                  Defendants.

JENNIFER L. ROCHON, United States District Judge:

This case alleges claims under the Individuals with Disabilities Education Act, Title 20, United States Code, Section 1410 *et seq*. The parties are hereby ORDERED to submit a joint letter, no later than **two weeks from the date of this Order** and not to exceed two pages, including the following information in separately numbered paragraphs:

(1) whether there is any need for discovery or an initial conference in this case;

(2) if there is no need for discovery or an initial conference, a proposed briefing schedule for any motions, including motions for summary judgment; and

(3) whether there is anything the Court can do to facilitate settlement (such as referring the matter for a settlement conference before a Magistrate Judge or to the District's Mediation Program).

In accordance with the Court's Individual Rules and Practices, requests for an extension or adjournment may be made only by letter-motion filed on ECF and must be received at least 48 hours before the deadline or conference. The written submission must state (1) the original date(s); (2) the number of previous requests for adjournment or extension; (3) whether these previous requests were granted or denied; and (4) whether the adversary consents and, if not, the reasons given by the adversary for refusing to consent.

**Within two days of the date of this Order**, Plaintiffs shall serve the Order electronically on counsel for Defendant and file proof of such service on ECF.

Dated: April 5, 2023
      New York, New York

                                  SO ORDERED.

                                *Jennifer Rochon*
                                JENNIFER L. ROCHON
                                United States District Judge